# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENEA DOTTERWEICH, a minor, by and through her Mother and Next Friend, ANGELA D. SIMPSON and ANGELA D. SIMPSON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER RURAL HEALTH PLANNING CORPORATION a/k/a CLAY MEDICAL CENTER,<br><br>Defendant. | Case No. |

## COMPLAINT

NOW COME plaintiffs, Renea Dotterweich, a minor, by and through her Mother and Next Friend, Angela D. Simpson, and Angela D. Simpson, Individually, and for her Complaint against defendant, Christopher Rural Health Planning Corporation a/k/a Clay Medical Center, and alleges as follows:

### COUNT I

1. Plaintiff is a minor and citizen of the State of Illinois, residing in Flora, Illinois. This action is brought through her mother, Angela D. Simpson, also a resident of Flora, Illinois.

2. Defendant is a medical facility, doing business in the State of Illinois, engaged in the business of providing medical care and services to patients.

3. That all times relevant herein, defendant's doctors, nurses, agents, apparent agents, servants, and/or employees held itself out to the public as offering medical and surgical services.

4. At all times relevant herein, plaintiff was treated at defendant, Christopher Rural Health Planning Corporation a/k/a Clay Medical Center, by its respective medical doctors, nurses, agents, apparent agents, servants, and/or employees.

5. On the morning of October 6, 2016, plaintiffs, Angela Simpson, and her daughter, Renea Dotterweich, presented to Christopher Rural Health Planning Corporation a/k/a Clay Medical Center located at 201 E. North Avenue, Flora, IL 62839, for removal of a wart on her 4th digit of her left hand.

6. During the procedure, medical providers negligently and carelessly allowed excess liquid nitrogen to be applied to health tissue on plaintiff, Renea Dotterweich's, 4th digit of her left hand.

7. On the evening of October 6, 2016, plaintiffs Angela Simpson, and her daughter, Renea Dotterweich, presented to the emergency department of Clay County Hospital with complaints of severe pain, swelling, blisters and discoloration of the 4th digit of her left hand.

8. That at all times herein mentioned, Christopher Rural Health Planning Corporation a/k/a Clay Medical Center, was guilty of one or more of the following negligent and careless acts or omissions:

   a) failed to reasonably and carefully perform maintenance on the cryogenic instrument used to apply liquid nitrogen to Renea Dotterweich's left fourth finger; and

   b) failed to adequately reasonably and carefully apply liquid nitrogen to Renea Dotterweich's left fourth finger.

8. That the injuries to plaintiff, Renea Dotterweich, were directly and proximately caused by the negligence of Christopher Rural Health Planning Corporation a/k/a Clay Medical Center, its respective medical doctors, nurses, agents, apparent agents,

servants, and/or employees under its direction and control.

9. As a direct and proximate result of one or more of the aforementioned negligent acts of defendant, plaintiff, Renea Dotterweich suffered 3rd degree burns, extreme pain, personal suffering (4th) digit of her left hand, requiring plaintiff, Angela Simpson, to hire the services of doctors and hospitals in curing Renea, and will be in the future required to hire the services of doctors and hospital in curing Renea.

WHEREFORE plaintiff, Renea Dotterweich, a minor, by and through her Mother and Next Friend, Angela D. Simpson, prays for judgment against the defendant, Christopher Rural Health Planning Corporation a/k/a Clay Medical Center, in an amount greater than Fifteen Thousand Dollars ($15,000.00) but less than Fifty Thousand Dollars ($50,000.00) plus costs of suit.

## COUNT II

1-9. Plaintiff incorporates and realleges paragraphs 1-9 of Count I as paragraphs 1-9 of Count II as if they were fully stated herein.

10. That as a proximate result of the defendant's negligence, plaintiff, Angela D. Simpson, has become obligated for large sums of medical expenses incurred by his minor daughter, Renea Dotterweich, pursuant to her obligation under the Medical Expense Act.

11. Plaintiff will continue to become obligated for the minor's medical expenses until she obtains the age of majority.

WHEREFORE plaintiff, Angela D. Simpson, prays for judgment against the defendant, Christopher Rural Health Planning Corporation a/k/a Clay Medical Center, in an amount greater than Fifteen Thousand Dollars ($15,000.00) but less than Fifty Thousand Dollars ($50,000.00) plus costs of suit.

Respectfully Submitted,

BY: /s/D. Keith Short
    D. Keith Short    #6210044
    Jack Daugherty    $6229106
    Short and Daugherty, P.C.
    325 Market Street
    Alton, IL 62002
    (618) 254-0055
    (618) 254-1272 (fax)
    keith@siltrial.com
    jack@siltrial.com